MARCELINO ENES *v.* WILLIAM HOOPAI, CHIEF
OF POLICE, CITY AND COUNTY OF HONOLULU.

No. 2683.

FILED JUNE 8, 1948.                    DECIDED JUNE 10, 1948.

KEMP, C. J., LE BARON, J., AND CIRCUIT JUDGE
CORBETT IN PLACE OF PETERS, J., ABSENT.

*Per Curiam.* This is a petition for a rehearing in
the above-entitled case, reported at page 126, *ante.*

The petition is grounded on two erroneous statements
of fact, to wit: (1) That the court overlooked or dis-
regarded the fact that each Sunday opening is a separate
offense, and (2) that the court did not give sufficient
weight to the fact that enforcement of the statute will
make it economically impossible for many businesses to
continue to operate.

The fact is that the court did not overlook or dis-
regard any fact set forth by counsel as having a bearing
on the jurisdiction of a court of equity to enjoin the
enforcement of a criminal statute. A reference to our
opinion, and particularly our reliance upon the opinion
of Chief Justice Hughes in *Spielman Motor Co.* v. *Dodge,*
295 U. S. 89, will demonstrate that we neither overlooked
nor disregarded any material fact. The fact which counsel
claims the court did not give sufficient weight to is not
present in the case. It was neither alleged in the bill for
injunction nor testified to at the hearing.

The petition for a rehearing is denied without argu-
ment.

*E. J. Botts* for the petition.